UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DREAM CUSTOM HOMES, INC.,

    Plaintiff,

v.                              CASE NO.  8:08-CV-1189-T-17AEP

MODERN DAY CONSTRUCTION,
INC., et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt.  180    Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation as to the pending motions for the award of attorney's fees on appeal.

The Court notes that Defendants Modern Day Construction, Inc. and Anthony Piarulli withdrew their motions, leaving only the pending Motion for Attorney's Fees of Defendants PAR Custom Drafting, Inc. and Phillip Roush. (Dkt. 162).  The assigned Magistrate Judge has recommended the award of $19,624.50 in favor of Defendants.

The Court has independently reviewed the pleadings and the record.  No objection to the Report and Recommendation has been filed.  After consideration, the Court adopts and incorporates the Report and Recommendation.  Accordingly, it is

Case No. 8:08-CV-1189-T-17AEP

**ORDERED** that the Report and Recommendation is **adopted and incorporated**. The Court **grants** the Motion for Appellate Attorney's Fees (Dkt. 162) in the amount of $19,624.50. The Clerk of Court shall enter a final judgment in favor of Defendants PAR Custom Drafting, Inc. and Phillip Roush and against Plaintiff Dream Custom Homes, Inc. The Court retains jurisdiction to adjudicate the charging lien of Defendants' counsel.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 31st day of January, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record